1
2
3
4
5
6
7
8
9
10

# United States District Court
# Central District of California

11

WILDEARTH GUARDIANS,

Case No. 2:19-cv-09473-ODW (KSx)

12

Plaintiff,

13

v.

**SUPPLEMENTAL CASE**

14

DAVID BERNHARDT in his official

**MANAGEMENT ORDER**

15

capacity as U.S. Secretary of the Interior,

16

and UNITED STATES FISH AND

17

WILDLIFE SERVICE,

18

Defendants.

19

20          Given that the claims in this case are governed by the judicial review provisions

21   of the Administrative Procedures Act, 5 U.S.C. §§ 701–06, the Court hereby issues

22   this supplemental Case Management Order.  **Where the Scheduling Order and this**

23   **Order conflict, this Order shall govern.**

24   **I.          Administrative Record**

25          The parties agree that resolution of this action will depend on the

26   Administrative Record ("AR") in existence at the time the agency made the

27   challenged decisions and therefore the parties do not anticipate engaging in discovery

28   in this matter.  (Joint Report 4–5.)  Defendant will certify and lodge the AR with the

Court and serve a copy on Plaintiff no later than **April 10, 2020**.  Defendants anticipate that the AR will be voluminous with likely comprised of large file sizes. Accordingly, Defendant may lodge and serve the AR on a flash drive, and simultaneously file a Notice of Manual filing in CM/ECF attaching a copy of the AR's index and the agency's certification.  As indicated in the parties' joint report, the AR shall include a hyperlinked electronic index of the documents contained in the AR, all file names shall be clearly ascertainable and correspond to the related documents, and the documents shall be included in searchable pdf file format to the extent possible.

Plaintiff reserves the right to move to complete or supplement the AR, should such a motion be necessary.  (Joint Report 5.)  Accordingly, the following schedule, jointly proposed by the Parties, will govern lodging of and motions concerning the AR.

**April 10, 2020**: Deadline for Defendants to certify and lodge the AR with the Court and serve the AR on Plaintiff:

**April 24, 2020**: Deadline for the Parties to confer to address any issues with the AR.

**May 8, 2020**: Deadline for the Parties to file with the Court a **Joint Status Report** regarding any remaining issues with the AR, whether Plaintiff intends to move to complete or supplement the AR, and a proposed briefing schedule for such a motion if applicable.

**May 29, 2020**: Deadline for Plaintiff to file a motion to complete or supplement the AR.

**II.   Motions**

The Parties anticipate resolving the case on cross-motions for summary judgment based on the AR.  (Joint Report 4–5.)  The Parties are permitted to provide factual background sections with citations to the AR in lieu of filing separate statements of uncontroverted facts pursuant to L.R. 56-1.  Provided that Plaintiff

elects *not to* move to complete or supplement the record, the following briefing schedule, jointly proposed by the Parties, shall govern the Parties' cross-motions for summary judgment:

**May 15, 2020**: Deadline for Plaintiff to file its motion for summary judgment.

**June 5, 2020**: Deadline for Defendants to file their *combined* cross motion for summary judgment and response brief.

**June 26, 2020**: Deadline for Plaintiff to file its *combined* response and reply brief.

**July 10, 2020**: Deadline for Defendants to file their reply brief.

**August 10, 2020, at 1:30 p.m.**: Hearing on the Parties' cross-motions for summary judgment.

**IT IS SO ORDERED.**

February 11, 2020

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**