NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Paul S. Weiland (SBN 237058)
Nossaman LLP
18101 Von Karman Ave., Suite 1800
Irvine, CA 92612
Telephone: 949.833.7800

ATTORNEY(S) FOR: QuadState Local Governments Authority

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| WildEarth Guardians | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:19-cv-09473-ODW-KS |
| v. | |
| Scott de la Vega, in his official capacity as Acting Secretary for the U.S. Department of the Interior, and United States Fish and Wildlife Service, Defendant(s) | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    QuadState Local Governments Authority
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| WildEarth Guardians | Plaintiff |

| March 15, 2021 | /s/ Paul S. Weiland |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

QuadState Local Governments Authority