**Case closed**

# United States District Court
# Central District of California

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>    Plaintiff,<br><br> v.<br><br>DEB HAALAND & U.S. FISH &<br>WILDLIFE SERVICE,<br><br>    Defendants. | Case № 2:19-cv-09473-ODW (KSx)<br><br>**JUDGMENT** |

# JUDGMENT

On September 20, 2021, the Court **GRANTED** Plaintiff's Motion for Summary Judgment (ECF No. 42) and **DENIED** Defendants' Motion for Summary Judgment (ECF No. 46). (Order, ECF No. 59.) Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Defendants' 12-Month Finding that listing the Joshua tree as a threatened species under the Endangered Species Act ("ESA") is not warranted, 84 Fed. Reg. 41694-01, is hereby **SET ASIDE** as arbitrary, capricious, and contrary to the ESA;

2. Defendants' 12-Month Finding is **REMANDED** to Defendant United States Fish and Wildlife Service for reconsideration in light of the Court's Order; and

3. **JUDGMENT** is entered for Plaintiff and against Defendants.

**IT IS SO ORDERED.**

October 7, 2021

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**