# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILDEARTH GUARDIANS, | ) |
| | ) Case No. 2:19-cv-09473-ODW-KS |
| Plaintiff, | ) |
| | ) **ORDER TO STAY PLAINTIFF'S** |
| vs. | ) **DEADLINE TO FILE MOTIONS** |
| | ) **FOR ATTORNEYS' FEES AND** |
| DAVID BERNHARDT, in his official | ) **COSTS** |
| capacity as U.S. Secretary of the | ) |
| Interior, and UNITED STATES FISH | ) |
| AND WILDLIFE SERVICE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Based on the Second Joint Stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT:

The Second Joint Stipulation to Stay Plaintiff's Deadline to File Motions for Attorneys' Fees and Costs is APPROVED. Accordingly, IT IS HEREBY FURTHER ORDERED THAT:

Plaintiff's deadline to seek this Court's leave to file motions for attorneys' fees and costs is continued up to and including December 30, 2021.

Dated: November 15, 2021

_____
The Honorable Otis D. Wright II

[Proposed] Order
Case No. 2:19-cv-09473-ODW