TODD KIM, Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief
SHAMPA A. PANDA
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0431
Fax: (202) 305-0275
E-mail: shampa.panda@usdoj.gov
*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>   Plaintiff,<br><br>   v.<br><br>DEBRA HAALAND,[1] in her official capacity as U.S. Secretary of the Interior, and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>   Defendants. | Case No. 2:19-cv-9473<br><br>**FEDERAL DEFENDANTS' NOTICE OF APPEAL** |

     Pursuant to Federal Rules of Appellate Procedure 3 and 4 and 28 U.S.C. § 1291, notice is hereby given that Federal Defendants Debra Haaland, in her official capacity as Secretary of the Interior, and the United States Fish and Wildlife Service ("Federal Defendants") appeal to the United States Court of Appeals for the Ninth Circuit from the Court's Judgment in the above-captioned action entered on October 7, 2021 (Docket No. 60) and the underlying Order

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Debra Haaland, Secretary of the U.S. Department of the Interior, is automatically substituted for David Bernhardt.

Regarding Motions for Summary Judgment entered on September 20, 2021 (Docket No. 59), copies of which are attached as Exhibit 1.

 Federal Defendants are not required to submit filing fees or docketing fees.  *See* Ninth Circuit Rule 3-1.  This Notice of Appeal is timely pursuant to Federal Rule of Appellate Procedure 4(a)(1)(B).  A Representation Statement is attached as Exhibit 2 pursuant to Ninth Circuit Rule 3-2.

 Respectfully submitted this 6th day of December, 2021.

      TODD KIM, Assistant Attorney General
      SETH M. BARSKY, Section Chief
      MEREDITH L. FLAX, Assistant Section Chief

      */s/ Shampa A. Panda*
      SHAMPA A. PANDA
      Trial Attorney
      United States Department of Justice
      Environment & Natural Resources Division
      Wildlife & Marine Resources Section
      P.O. Box 7611
      Washington, DC 20044-7611
      Tel: (202) 305-0431
      Fax: (202) 305-0275
      E-mail: shampa.panda@usdoj.gov
      *Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that this 6th day of December, 2021, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF system, which will send notification of such to the attorneys of record.

*/s/ Shampa A. Panda*
SHAMPA A. PANDA