NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>    Plaintiff,<br><br>vs.<br><br>DEBRA HAALAND, in her official capacity as U.S. Secretary of the Interior, and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>    Defendants. | Case No. 2:19-cv-09473-ODW-KS<br><br>**ORDER TO ENTER STIPULATION TO SETTLE PLAINTIFF'S CLAIM FOR ATTORNEYS' FEES AND COSTS** |

## ORDER

Based on the Stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT:

The Stipulation to Settle Plaintiff's Claim for Attorneys' Fees and Costs is APPROVED.

Accordingly, IT IS HEREBY FURTHER ORDERED THAT:

Defendants shall pay, and Plaintiff shall accept, $262,000.00 in full and complete satisfaction of any and all claims for all attorneys' fees and costs incurred by Plaintiff in connection with the above-captioned lawsuit and/or the related case through and including the date of this Stipulation.

Dated: February 2, 2022

_____
The Honorable Otis D. Wright II